**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
JUN 14 2024
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:24 CR 19 |
| JAMES MATTHEW MILLER, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Violations: 18 U.S.C. § 924(a)(8) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about February 2, 2024, in Lewis County, in the Northern District of West Virginia, defendant JAMES MATTHEW MILLER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Wire Fraud, in the United States District Court for the Northern District of West Virginia, on March 16, 2018, in case number 5:17 CR 144; knowingly possessed a firearm, that is: a Glock Model 26, 9mm pistol bearing serial number UCY069, and a Smith & Wesson Model M&P-15, 5.56 caliber rifle bearing serial number SW70674; and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Sections 924(c), and 924(d), and Title 28, United States Code, Section 2461(c), the government will seek the forfeiture of any firearm and any ammunition involved in the knowing commission of such offense, including:

1) Glock Model 26 9mm pistol bearing SN UCY069;
2) Smith & Wesson M&P-15, 5.56 caliber rifle bearing SN SW70674
3) Ammunition associated with each firearm.

William Ihlenfeld
United States Attorney

Stephen Warner
Morgan McKee
Assistant United States Attorneys